Martha QUINTANA–BONILLA,
Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 09–72098.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2011.*

Filed April 13, 2011.

Dori L. Zavala, Esquire, Zavala Law Offices, Glendale, AZ, for Petitioner.

Linda Y. Cheng, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Martha Quintana–Bonilla, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen proceedings due to ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We review for

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

abuse of discretion the denial of a motion to reopen, and review de novo claims of due process violations. *Mohammed v. Gonzales,* 400 F.3d 785, 791–92 (9th Cir. 2005). We deny the petition for review.

The BIA did not abuse its discretion in denying Quintana–Bonilla's motion to reopen where she failed to establish prejudice resulting from her former counsel's representation. *See id.* at 793–94 (prejudice results when counsel's performance "was so inadequate that it may have affected the outcome of the proceedings") (internal quotation marks and citation omitted).

**PETITION FOR REVIEW DENIED.**